THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD E. CONRAD, Appellant.

*People* v. *Conrad,* 102 App. Div. 566, affirmed.
(Argued June 5, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1905, which affirmed a judgment of the Court of General Sessions of the Peace in and for the county of New York, rendered upon a verdict convicting the defendant of the crime of attempting to commit an abortion.

*James W. Osborne, Howard Taylor* and *Otto T. Hess* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting : O'BRIEN and BARTLETT, JJ.